## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**   )<br>  )<br>  Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>**RAYMOND L. THOMAS,**  )<br>  )<br>  Defendant.  ) | 8:10-cr-00264-LSC-FG3<br><br>ORDER |

This matter is before the court on the defendant's Motion to Continue Trial (Filing 40). The court finds that the defendant has not shown good cause for the continuance requested.

**IT IS ORDERED** that the defendant's motion (Filing 40) is denied. Trial remains set for October 5, 2010.

A party may object to a magistrate judge's order by filing an "Objection to Magistrate Judge's Order" within 14 days after being served with the order. The objecting party must comply with all requirements of NECrimR 59.2.

**DATED September 15, 2010.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**